FOURTH DISTRICT—JULY, 1914.     397

F. W. Cook Brewing Co. v. Rodasta et al., 188 Ill. App. 397.

## F. W. Cook Brewing Company, Appellant, v. Domeneco Rodasta and Antonio Vaccaro, Appellees.

### (Not to be reported in full.)

Appeal from the Circuit Court of Williamson county; the Hon. W. W. CLEMENS, Judge presiding. Heard in this court at the March term, 1914. Reversed and remanded. Opinion filed July 28, 1914.

### Statement of the Case.

Action by F. W. Cook Brewing Company against Domeneco Rodasta and Antonio Vaccaro to recover against the defendants as sureties on a contract between the plaintiff and one Mike Vaccaro, the principal. From a judgment against the plaintiff for costs, plaintiff appeals.

This case and the case of F. W. Cook Brewing Company against the principal, Mike Vaccaro, were consolidated and tried by the lower court without a jury, and on appeal they were consolidated in the Appellate Court. For the reasons set forth in the opinion filed in the case of *F. W. Cook Brewing Co. v. Vaccaro,* *ante,* p. 387, in which the Appellate Court upheld the validity of the original contract, this case is reversed and remanded.

HARTWELL & WHITE, for appellant.

SAWYER & OTEY, for appellees.

MR. JUSTICE McBRIDE delivered the opinion of the court.